

# IN THE
# TENTH COURT OF APPEALS

—————————

### No. 10-16-00365-CV

—————————

**CLYDE F. HILL,**

                                                 **Appellant**

 **v.**

**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO CHASE HOME FINANCE, LLC,**

                                                 **Appellees**

—————————

### From the County Court at Law No. 1
### McLennan County, Texas
### Trial Court No. 20160637CV1

—————————

## MEMORANDUM OPINION

—————————

Clyde F. Hill appeals from a summary judgment rendered against him on a petition for forcible detainer and issued on August 1, 2016. By letter dated November 16, 2016, the Clerk of this Court notified Hill that his original filing fee for the appeal was past due. Hill was warned in the same letter that failure to pay the filing fee within 10 days from the date of the letter would result in the appeal being dismissed. *See* TEX. R.

APP. P. 42.3(c). More than 10 days have passed, and Hill has failed to pay his original filing fee.

Accordingly, this appeal is dismissed. *Id.*

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 7, 2016
[CV06]

